[No. 10848–8–II.   Division Two.   September 12, 1988.]

MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Appellant,* v. VANCOUVER SCHOOL DISTRICT NO. 37, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark

County, No. 85-2-02703-9, Thomas L. Lodge, J., entered February 27, 1987. *Reversed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.